**ORDER:** Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

RECEIVED IN CLERK'S OFFICE
MAY 07 2013
U.S. DISTRICT COURT
MID. DIST. TENN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PETER S. HARMER, et ux
CHRISTINE C. HARMER,                                             PLAINTIFFS

V.                                          CAUSE NO. 3:13CV0286
                                            JUDGE SHARP
                                            MAGISTRATE JUDGE KNOWLES

WILBUR O. COLOM; and
THE COLOM LAW FIRM, LLC,                                         DEFENDANTS

## MOTION FOR USER NAME AND PASSWORD

COMES NOW Scott Colom, *pro se* on behalf of Colom Law Firm, LLC, and Wilbur O. Colom, and files this motion requesting the Court allow them to electronically file in this matter and direct the Clerk to issue a user name and password.

THIS __29__ day of April, 2013.

RESPECTFULLY SUBMITTED,

BY: _____
    Scott W. Colom (MSB # 103168)

SCOTT W. COLOM (MSB # 103168)
WILBUR O. COLOM (MSB # 6403)
THE COLOM LAW FIRM, LLC
200 7TH STREET NORTH, SUITE 700 (39701)
POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: 662-327-0903
FACSIMILE: 662-329-4832
scott@colom.com
wil@colom.com

1