IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PETER S. HARMER, et ux <br> CHRISTINE C. HARMER, <br>       Plaintiffs, <br><br> vs. <br><br> WILBUR O. COLOM; and <br> THE COLOM LAW FIRM, LLC, <br>       Defendants. | CASE NO. 3:13-0286 <br> JUDGE SHARP/KNOWLES <br><br> JURY DEMAND |

## ORDER

This matter is before the Court upon "Plaintiffs' Motion to Strike Defendants' Motion for Telephonic Hearing (Doc. 39)." Docket No. 42 (underlining in original). The Court has denied as moot the Motion for Telephonic Hearing. Docket No. 56. Therefore, the instant Motion to Strike is also DENIED AS MOOT.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge